No. 87. WICK ET AL. *v.* SUPERIOR COURT ET AL.

Argued December 4, 1928. Decided December 10, 1928. *Per Curiam:* The writ of error is dismissed on the authority of § 237 (a) of the Judicial Code, as amended by the act of February 13, 1925 (43 Stat. 936, 937), because the judgment sought to be reviewed is not final within the meaning of this section, however it may be regarded in state procedure; *Grays Harbor Logging Co.* v. *Coates Fordney Logging Co.,* 243 U. S. 251; *Washington ex rel. McPherson*

*Bros. Co.* v. *Superior Court,* 274 U. S. 726; *Washington ex rel. Terry* v. *Superior Court,* 276 U. S. 626.  *Mr. Joseph D. Sullivan* for plaintiffs in error.  *Messrs. F. G. Dorety, Frank T. Post, Edwin C. Matthias, Charles S. Albert,* and *Thomas Balmer* for defendants in error.